UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT, | No. 2:16-cv-0661 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| J. BEARD, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By separate order, the court will direct the appropriate agency to collect twenty percent of the preceding month's income credited to plaintiff's prison trust account and forward it to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

/////

/////

1

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court has conducted the required screening and finds that plaintiff's complaint states claims upon which plaintiff may proceed under the Eighth Amendment against defendants Monk, Arrendondo, Mason, Silva and Huston. Accordingly, the court will order that those defendants be served with process. With respect to the remaining defendants, plaintiff fails to allege facts amounting to an actionable claim. To the extent plaintiff makes allegations against persons merely in their capacity as supervisors, liability under section 1983 arises only upon a showing of personal participation by a defendant. Taylor v. List, 880 F.2d 1040, 1045 (9th Cir. 1989). To the extent plaintiff complains about actions taken by certain defendants within the inmate grievance process at his prison, plaintiff has no constitutional right to a prison grievance procedure. Ramirez v. Galazza, 334 F.3d 850, 860 (9th Cir. 2003).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk is directed to assign a district judge to this case.

2. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

3. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the California Department of Corrections and Rehabilitation filed concurrently herewith.

4. Service is appropriate for defendants Monk, Arrendondo, Mason, Silva and Huston.

5. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and a copy of the complaint.

6. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

      d. Six copies of the complaint.

7. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that all defendants other than defendants Monk, Arrendondo, Mason, Silva and Huston be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] burn0661.1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. BEARD, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-0661 CKD P<br><br><br>NOTICE OF SUBMISSION<br><br>OF DOCUMENTS |

　　　　Plaintiff submits the following documents in compliance with the court's order filed

_____:

　　　\_\_\_\_　　　　completed summons form

　　　\_\_\_\_　　　　completed USM-285 forms

　　　\_\_\_\_　　　　copies of the _____
　　　　　　　　　　　　　　　　　Complaint

DATED:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Plaintiff
_____

1