IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTER BURNETT,** | Case No. 2:16-cv-0661-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **J. BEARD, et al.,** | |
| Defendants. | |

The Court, having considered defendants' request for a thirty day extension of time to file their responsive pleading, and good cause appearing:

**IT IS ORDERED**: defendants' responsive pleading shall be filed no later August 10, 2016.

Dated: July 13, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE