UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT, | No. 2:16-cv-0661 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. BEARD, et al., | |
| Defendants. | |

A settlement conference was held in this matter on November 3, 2016. A review of the record reveals the case settled. Good cause appearing, IT IS HEREBY ORDERED that the parties submit a stipulation of dismissal within 30 days of this order.

Dated: November 9, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
burn0661.sod